1  DARRELL D. DENNIS, ESQ.
   Nevada Bar No. 6618
2  LAUREEN P. FRISTER, ESQ.
   Nevada Bar No. 13217
3  LEWIS BRISBOIS BISGAARD & SMITH LLP
   6385 S. Rainbow Boulevard, Suite 600
4  Las Vegas, Nevada 89118
   Telephone: 702.893.3383
5  Fax: 702.893.3789
   E-Mail: Darrell.Dennis@lewisbrisbois.com
6  E-Mail: Laureen.Frister@lewisbrisbois.com
   *Attorneys for Defendants BRE/HC Las*
7  *Vegas Property Holdings, L.L.C. and GMRI, Inc.*

8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12 WAYNE SOLEE, an individual,          CASE NO. 2:18-cv-02350-JCM-BNW

13         Plaintiff,
                                        **STIPULATION AND ORDER FOR**
14     vs.                              **DISMISSAL WITH PREJUDICE**

15 BRE/HC LAS VEGAS PROPERTY
   HOLDINGS, L.L.C.,a foreign limited
16 liability company; GMRI, INC., a foreign
   corporation; ACE ASPHALT OF
17 ARIZONA, INC., a foreign corporation;
   DOES 1 through 10, inclusive; and ROE
18 ENTITIES 11 through 20, inclusive,

19         Defendants.

20 _____

21      IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Wayne

22 Solee, Defendant BRE/HC Las Vegas Property Holdings, L.L.C., and Defendant GMRI,

23 Inc., and their respective counsel of record, and upon the representation having been

24 made that all claims have been settled.

25      IT IS FURTHER STIPULATED AND AGREED that the above-entitled action may

26 ...

27 ...

28 ...

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4847-3361-3487.1

1   be dismissed with prejudice, each party to bear its own costs and attorney fees.

2

3   DATED this 6th day of January 20___.          DATED this 6th day of January, 2020.

4

5   DAVID BOEHRER LAW FIRM                         LEWIS BRISBOIS BISGAARD & SMITH LLP

6

7   By: _____                   By: _____

8       DAVID BOEHRER, ESQ.                            DARRELL D. DENNIS, ESQ.
        Nevada Bar No. 9517                            Nevada Bar No. 6618
9       TRAVIS J. RICH, ESQ.                           LAUREEN P. FRISTER, ESQ.
        Nevada Bar No. 12854                           Nevada Bar No. 13217
10      375 N. Stephanie St., Suite 2213               6385 S. Rainbow Boulevard, Suite 600
        Henderson, Nevada 89014                        Las Vegas, Nevada 89118
11      *Attorneys for Plaintiff*                      *Attorneys for Defendants BRE/HC Las
                                                       Vegas Property Holdings, L.L.C. and
12                                                     GMRI, Inc.*

13
                                    **ORDER**
14
            IT IS SO ORDERED.
15

16          _____

17          UNITED STATES DISTRICT COURT JUDGE

18          DATED: January 9, 2020 _____

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW